| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) TRAXLER, William B., Jr. | 2. Court or Organization State of South Carolina Judicial Department | 3. Date of Report 11/13/91 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) U.S. District Judge Nominee | 5. Report Type (check appropriate type) X Nomination, Date 11/13/91 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/90 through 11/1/91 |
| 7. Chambers or Office Address Greenville County Courthouse Suite 322 Greenville, SC 29601 | | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [X] **NONE** (No reportable positions) | |
| | |
| | |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [ ] **NONE** (No reportable agreements) | |
| | Possible South Carolina Retirement Fund benefits (See attached letter) |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] **NONE** (No reportable non-investment income) | | |
| 1/1/89-12/31/89 | Salary: S.C. Judicial Dept. (State Trial Judge) | $ 80,406.58 |
| 1/1/89-12/31/89 | Mileage/per diem/office expense: State of S.C. | $ 19,743.13 |
| 1/1/90-12/31/90 | Salary: S.C. Judicial Dept. (State Trial Judge) | $ 83,342.94 |
| 1/1/90-12/31/90 | Mileage/per diem/office expense: State of S.C. | $ 8,566.20 |
| 1/1/91-11/1/91 | Salary: S.C. Judicial Dept. (State Trial Judge) | $ 75,780.18 |



Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRAXLER, William B., Jr. | 11/13/91 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements or gifts) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | E X E M P T | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts) | | |
| 1 | | | $ |
| 2 | E X E M P T | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less  K = $15,001 to $50,000  L = $50,001 to $100,000  M = $100,001 to $250,000
N = $250,001 to $500,000  O = $500,001 to $1,000,000  P = More than $1,000,000

Digitized by Google

# 610

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRAXLER, William B., Jr. | 11/13/91 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | E X E M P T | | | | | |
| ¹35 Spring Park Cleveland, SC (J) | A | No Income | K | S | | | | | | |
| ²(1)1/5 int. in 39.9 acres Leon County, FL (S) | A | No Income | M | W | | | | | | |
| ³(2) 8 acres, Leon County, FL (S) | A | No Income | M | W | | | | | | |
| ⁴(3)1/5 int. in 20.58 a. Leon County, FL (S) | A | No Income | K | W | | | | | | |
| ⁵(4) 1/12 + 1/25 int. in 151.13 a. Leon Cnty. FL (S) | A | No Income | L | W | | | | | | |
| ⁶Wal-Mart (common) | A | Div. | J | T | | | | | | |
| ⁷Sonoco (common) | A | Div. | J | T | | | | | | |
| ⁸Ingles Mkts (common) | A | Div. | J | T | | | | | | |
| ⁹Asset Investors (common) | A | Div. | J | T | | | | | | |
| ¹⁰NWNL Companies (common) | A | Div. | J | T | | | | | | |
| ¹¹Family Steakhouses of Florida (common) (DC) | A | Div. | J | T | | | | | | |
| ¹²Family Steakhouses of Florida (common) | A | Div. | J | T | | | | | | |
| ¹³Piedmont Municipal Power (bond) | A | Int. | J | T | | | | | | |
| ¹⁴Santee Cooper Public Service (bond) | A | Int. | J | T | | | | | | |
| ¹⁵Greenville County IRB (bond) (DC) | A | Int. | J | T | | | | | | |
| ¹⁶Greenville Nat'l Bank Gvl, SC (CD/Money Mkt) | D | Int. | L | T | | | | | | |
| ¹⁷Greenville Nat'l Bank Gvl, SC (CD) (DC) | A | Int. | J | T | | | | | | |
| ¹⁸Greenville Nat'l Bank Gvl, SC (CD) (DC) | A | Int. | J | T | | | | | | |
| ¹⁹Palmetto Bank Gvl, SC (Checking) | A | Int. | J | T | | | | | | |
| ²⁰Palmetto Bank, Gvl, SC Savings Acct. (DC) | A | Int. | J | T | (CONTINUED NEXT PAGE) | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4)   A=$1,000 or less   B=$1,001 to $2,500   C=$2,501 to 5,000   D=$5,001 to $15,000
  E=$15,001 to $50,000   F=$50,000 to $100,000   G=$100,001 to $1,000,000   H=More than $1,000,000
2 Value Codes: (See Col. C1 & D3)   J=$15,000 or less   K=$15,001 to $50,000   L=$50,001 to $100,000   M=$100,001 to $250,000
  N=$250,001 to $500,000   O=$500,001 to $1,000,000   P=More than $1,000,000
3 Value Method Codes: (See Col. C2)   Q=Appraisal   U=Book Value   R=Cost (real estate only)   S=Assessment   T=Cash/Market   V=Other   W=Estimated

Digitized by Google

FINANCIAL DISCLOSURE REPORT (con't)

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, William B., Jr. | 11/11/91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical for joint ownership of asset by the individual and spouse (JT) or separate ownership by spouse (S) or by dependent child (DC). Please "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amount Code (A-H) | Type (e.g. div, rent, or int.) | Value Code (J-P) | Value Method (Q-W) | | If not exempt from disclosure | | | | |
| | | | | | Type (e.g. buy, sell, merger, redemption) | Date Month Day | Value Code (J-P) | Gain Code (A-H) | Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | E X E M P T | | | | | |
| 1 Palmetto Bank, Gvl, SC Savings Acct. (DC) | A | Int. | J | T | | | | | | |
| 2 Greenville Nat'l Bank Gvl, SC (checking) (S) | A | Int. | J | T | | | | | | |
| 3 1st Union Nat'l Bank Gvl, SC (IRA) (S) | A | Int. | J | T | | | | | | |
| 4 Delaware Charter G & T Co POB 8963, Wilmington, DE (IRA) | A | Int. | J | T | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4)
2 Value Codes: (See Col. C1 & C2)
3 Value Method Codes: (See Col. C2)


Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | TRAXLER, William B., Jr. | 11/13/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

From Part III:

6
1/1/91-11/1/91  Mileage/per diem/office expense: State of S.C.  $9,714.61
7
6/1/89-present  Salary: Greenville Technical College (S)

From Part VII:

1
35 Spring Park, Cleveland, SC    Total taxable value:        $34,570.00

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature  _William B. Traxler Jr_        Date  11/13/91

NOTE:   ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:        Judicial Ethics Committee
                                                        Administrative Office of the
                                                        United States Courts
                                                        Washington, DC 20544

Digitized by Google